AARON D. FORD
  Attorney General
HEIDI H. DEMERS, Bar No. 17034C
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: hdemers@ag.nv.gov

*Attorneys for Interested Party,
  Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE JACKSON,<br><br>                          Plaintiff,<br><br>v.<br><br>STATE OF NEVADA EX REL NDOC,<br>*et al,*<br><br>                          Defendants. | Case No. 3:25-cv-00058-MMD-CLB<br>Case No. 3:25-cv-00046-MMD-CSD<br>Case No. 3:25-cv-000201-ART-CSD<br>Case No. 3:25-cv-000362-MMD-CSD<br>Case No. 3:25-cv-00066-ART-CLB<br>Case No. 3:25-cv-00037-MMD-CLB<br><br>**STIPULATION AND ORDER TO<br>DISMISS<br>WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Interested Party, on behalf of the Defendants named in the above-references, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Willie Jackson (#1262081), Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned actions shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

Page 1

The parties have resolved these matters in their entirety and agree that the Court may accordingly close the cases, with prejudice. Any outstanding deadlines are considered moot.

DATED this 10th day of February 2026.

DATED this 10th day of February 2026.

AARON D. FORD

Attorney General

WILLIE JACKSON #1262081
Plaintiff

/s/ Heidi H. Demers
Heidi H. Demers, (Bar No. 17034C)
Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___April 3, 2026.___

UNITED STATES DISTRICT JUDGE

Page 2